# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2008

135736 & (30)(31)(32)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

FLOYD CLEO CHAMBERS,
    Defendant-Appellant.

SC: 135736
COA: 277828
Kalamazoo CC: 00-000751-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 14, 2007 order of the Court of Appeals is considered, and is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to stay and the motion for miscellaneous relief are DENIED. This order does not prevent the defendant from filing a second motion for relief from judgment based on newly discovered evidence under MCR 6.502(G)(2).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2008

_____
Clerk

p0903